Case 1:25-cv-00044-PLM-RSK   ECF No. 1,  PageID.1   Filed 01/10/25   Page 1 of 9

FILED - KZ
January 10, 2025 12:29 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES / 1/10

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JAMIE PHILLIP PERRY

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-44
Paul L. Maloney
U.S. District Judge
Ray Kent
U.S. Magistrate Judge

v. 1-38
Carri Briseno, Scott Sanford, Katherine Arnold, Selena Herbert, Jennifer L Smith, Charles T Laceta, Katlin Lockee, B Kessler, Sgt Rankin, unknown Lt Holt, David L Lee, Dan French, B Sutherland, A Soper, unknown Sherrick male, Gary J Bruce, Robbins unknown

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

COMPLAINT
(Print Clearly)

I. Previous Lawsuits

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☑  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   399 Federal Blvd 110 mi St ww Grand rapids mi, 49503

2. Is the action still pending?    Yes ☐   No ☑

   a. If your answer was no, state precisely how the action was resolved: Terminated for failure to state a claim, an as frivolous.

3. Did you appeal the decision?    Yes ☐   No ☑
4. Is the appeal still pending?    Yes ☐   No ☑

   a. If not pending, what was the decision on appeal? The appeal was dismissed with prejudice.

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑  No ☐

   a. If so, explain: many of the names an org listed here conspired to violate my civil rights an constitutional rights;

P-1

II. Parties

   A. Plaintiff(s)

   Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff  Jamie Phillip Perry

   Place of Present Confinement  Berrien County Jail

   Address  919 Port Street St Joseph michigan 49085

   Place of Confinement During Events Described in Complaint  Berrien County Jail 1E7

   B. Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

   Name of Defendant #1  Carri Briseno - , Berrien County Niles
   Position or Title  Public Defender
   Place of Employment  Berrien County Public Defender ?
   Address  511 Renaissance Dr St. Joseph, mi 49085  Suite 120
   Official and/or personal capacity? _____

   Name of Defendant #2  Scott Sanford
   Position or Title  Public Defender - Berrien County Niles -
   Place of Employment  Berrien County Public Defender ?
   Address  511 Renaissance Dr St. Joseph, mi 49085  Suite 120
   Official and/or personal capacity? _____

   Name of Defendant #3  Katherine Arnold
   Position or Title  Prosecutor - Berrien County Niles
   Place of Employment  Berrien County Public Defender ?
   Address  811 Port St. St. Joseph mi 49085
   Official and/or personal capacity? _____

   Name of Defendant #4  Katlin Locker
   Position or Title  Public Defender - Berrien County Niles
   Place of Employment _____
   Address  511 Renaissance Dr St. Joseph, mi 49085  Suite 120
   Official and/or personal capacity? _____

   Name of Defendant #5  Dan French
   Position or Title  Public Defender - Berrien County Niles
   Place of Employment  Berrien County Public Defender ?
   Address  511 Renaissance Dr St. Joseph, mi 49085 Suite 120
   Official and/or personal capacity? _____

NAME: _____

LOCATION:  B_____  C_____  (or) Dorm _____

919 Port Street, St. Joseph, Michigan  49085

JAIL INFORMATION: (269) 982-8670

TO: Additional Page

DATE: _____

Selena Herbert,
Berrien County Jail - Caplian -
918 Port Street St Joseph michigan 49085
Berrien County Jail  2nd Shift

Jennifer L Smith
  Judicial officer · City of Niles
City of Niles Court House -707-
1205 North Front St, Niles, MI 49120

Unknown Holt
Berrien County Correction officer · Lt
919 Port Street St Joseph michigan 49085
Berrien County Jail  2nd Shift

Don French
Public Defender - City of Niles Berrien County
511 Renaissance Dr St. Joseph, MI 49085 Suite 120
Berrien County Jail

Unknown Rankin - Sgt
919 Port Street St Joseph michigan 49085
Berrien County Jail  2nd Shift

Signed: _____

David L Lee
  Berrien County correctional officer
  919 Port Street St Joseph michigan 49085
  Berrien County Jail 2nd shift

Unknown Sherrick - male
  Berrien County Correctional officer
  Berrien County Jail 2nd shift
  919 Port Street St Joseph michigan 49085

B Sutherland
  Berrien County Correctional officer
  Berrien County Jail 2nd shift
  919 Port Street St Joseph michigan 49085

Charles T Lasata
  Berrien County Judicial officer
  Berrien County Jail Courthouse
  811 Port Street, St Joseph, MI 49085

Gary J Bruce
  Berrien County Judicial officer
  Berrien County Court house
  811 Port Street, St Joseph, MI 49085

B Kessler
  Berrien County Correctional officer
  Berrien County Jail 1st shift ?
  919 Port Street St Joseph michigan 49085

II. **Parties**

   A. Plaintiff(s)

   Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff: Jamie Phillip Perry
   Place of Present Confinement: Berrien County Jail
   Address: 919 Port St. St. Joseph MI 49085
   Place of Confinement During Events Described in Complaint: Berrien County Jail

   B. Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

   Name of Defendant #1: Berrien County Sheriff's
   Position or Title: Correctional Officers
   Place of Employment: 919 Port St. St. Joseph, MI 49085
   Address: Berrien County Jail
   Official and/or personal capacity? _____

   Name of Defendant #2: N Bailey                 3rd Shift
   Position or Title: Correctional officer
   Place of Employment: BCSJ
   Address: 919 Port St. St. Joseph MI 49085
   Official and/or personal capacity? _____

   Name of Defendant #3: K Robbins
   Position or Title: Correctional officer     3rd Shift
   Place of Employment: BCSJ
   Address: 919 Port St. St. Joseph MI 49085
   Official and/or personal capacity? _____

   Name of Defendant #4: Unknown Harrison male
   Position or Title: Correctional officer    3rd Shift
   Place of Employment: BCSJ
   Address: 919 Port St. St. Joseph MI 49085
   Official and/or personal capacity? _____

   Name of Defendant #5: Unknown Gardner
   Position or Title: Correctional officer    3rd Shift
   Place of Employment: BCSJ
   Address: 919 Port St. St. Joseph, MI 49085
   Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Claim - Berrien County Sheriff's correctional officers has Deprived me of my life and liberty without able to see the sky. The Staff has Kept me on a 24 hour lock up for longer than 370 days an nights. Many request has been made to be moved/reclassified to General Population.

The medical staff has also denied me medical treatment many times.

Many of the Parties Involved works at the Berrien County Sheriff's, with the other Involved Parties who works with the court room who all conspired to violate my civil rights. Many of these violations has proven Berrien County Sheriff's correctional officers has violated there own handbook. I am being housed as if I'm in a maximum security prison?

The city of Niles is somehow under case # 2023011049 still activity persuing charges after a 180 day process In custody.

Also refer to case # 1:24-cv-542 filed 6-21-24

Also refer to GTL tablet that Inmates use for request an grievances submitted.

I currently still am being held in Berrien County on 24 hour lock up.

The mail that I'm sending out an Incoming is being rewritten by staff here. If Possible Please Provide a docket In-Fee for this U.S.C 1983 Thank you.

IV. Relief

State briefly and precisely what you want the court to do for you.

Mental Damages $500,000 - $7,500,000
Suffering Damages $500,000 - $7,500,000
Move Case # 2023016049 from State court to Supreme court, for disposition.

V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

10/23/24
Date

*[Signature]*
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -   (W.D. Mich. Form – Last Revised: September 2021)

3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

WHEREFORE plaintiff seeks judicial review by this court and the entry of a judgment for such relief as may be proper, including costs.

_____
Attorney/Plaintiff's Signature

919 Port Street St Joseph, mi 49085
Address

_____
Telephone

Date: 10/23/24

Jamie Perry
Forensic center
8303 Platt rd
Saline MI 48176
48176

Office of clerk

107 Federal Building

410 w michigan Avenue

Kalamazoo michigan 49007

METROPLEX MI 480
7 JAN 2025 PM 4 L

US POSTAGE Pitney Bowes
ZIP 48176 $000.97
02 4W
0000386323 JAN 06 2025

49007-374632